UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKELAND BANK**<br><br>                              **Plaintiff,**<br>   v.<br><br>**SUN-RE CHEESE CORP.**<br>                              **Defendant.** | **CASE NO.  4:22-cv-01076-WIA** |

## ACCEPTANCE OF THE SERVICE OF COMPLAINT

To:    Phillip D. Berger, Esquire
         Attorney for Plaintiff Lakeland Bank

      I have received your request that I accept service of the Plaintiff's Complaint in this action.

      Defendant Sun-Re Cheese Corp., the entity I represent, has authorized me to accept service of Plaintiff's complaint in this case.

      I understand that Defendant Sun-Re Cheese Corp., the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that Defendant Sun-Re Cheese Corp. hereby waives any objections to the service of the Complaint.

      I also understand that pursuant to the Court's instructions, Defendant Sun-Re Cheese Corp., the entity I represent, must file and serve a response to Plaintiff's complaint within 21 days from the date when this request was sent.  If Defendant Sun-Re Cheese Corp. fails to file an authorized response within that 21 day timeframe, a default judgment may be entered against Defendant Sun-Re Cheese Corp.

                                                        BEST LAW OFFICES, LLC

Dated: __October 20, 2022__      By: _____
                                                      TIMOTHY A. BOWERS, ESQUIRE
                                                      *Attorneys for Defendant Sun-Re Cheese Corp.*