UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKELAND BANK**<br>　　　　　　　　　**Plaintiff,**<br>v.<br>**SUN-RE CHEESE CORP.**<br>　　　　　　　　　**Defendant.** | **CASE NO. 4:22-cv-01076-WIA** |

## CERTIFICATE OF SERVICE

I, Phillip D. Berger, Esquire, hereby certify that on October 21, 2022, a true and correct, time stamped copy of the Plaintiff's Complaint was served via email upon the Defendant's counsel, as follows:

Tim Bowers, JD
timbowers@timbowerslaw.com
Best Law Offices, LLC
20 North Front Street
PO Box 88
Sunbury, PA 17801

BERGER LAW GROUP, PC

By: *Phillip D. Berger*
PHILLIP D. BERGER, ESQUIRE
PA ID #58942
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
*Attorneys for Lakeland Bank*

Dated: 10/21/2022