UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

**LAKELAND BANK**

                **Plaintiff,**

   v.

**SUN-RE CHEESE CORP.**

                **Defendant.**

**CASE NO. 4:22-cv-01076-WIA**

---

## STIPULATION

AND NOW this 9th day of January, 2023, following the January 9, 2023 conference before the Honorable William I. Arbuckle, the parties hereby stipulate as follows:

1. Tom Aiello, who has never previously been identified as a potential witness in this matter is precluded from providing any testimony in this matter;

2. Defendant shall not introduce any documents at trial, other than documents attached to any of the Plaintiff's filed pleadings, or which are set forth on the Plaintiff's submitted exhibit list;

3. The parties stipulate that the UCC-1 Financing Statement, setting forth Lakeland Bank as secured party, Sun-Re Cheese Corp. as Debtor which filing lists File Number: 2016070800854, File Date: 08-Jul-2016, is an authentic and genuine document filed with the Commonwealth of Pennsylvania on July 8, 2016 and listing as Collateral the property which Plaintiff is seeking to replevin in this matter; and

4. The parties stipulate that the Conditional Sales Contract, dated July 1, 2016 and signed by Nancy Aiello on behalf of Sun-Re Cheese Corp. is an authentic and genuine document.

BERGER LAW GROUP, P.C.

Dated:  1/9/2023          By:     /s/:  Phillip D. Berger, Esq.
                                  PHILLIP D. BERGER, ESQUIRE
                                  PA ID #58942
                                  919 Conestoga Road, Building 3, Suite 114
                                  Rosemont, PA 19010
                                  *Attorneys for Lakeland Bank*

BEST LAW OFFICES, LLC

Dated: 1/9/2023           By:     /s/:  Timothy A. Bowers, Esq.
                                  TIMOTHY A. BOWERS, ESQUIRE
                                  PA ID #77980
                                  20 North Front Street
                                  P. O. Box 88
                                  Sunbury, PA  17801
                                  *Attorneys for Sun-Re Cheese Corp.*

This stipulation executed by counsel for the parties is hereby accepted by this Court.

_____
WILLIAM I. ARBUCKLE
US Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAKELAND BANK**<br>　　　　　　　　**Plaintiff,**<br>**v.**<br>**SUN-RE CHEESE CORP.**<br>　　　　　　　　**Defendant.** | **CASE NO.  4:22-cv-01076-WIA** |

### CERTIFICATE OF SERVICE

I, Phillip D. Berger, Esquire, do hereby certify that on January 9, 2023, I caused a true and correct copy of the foregoing to be filed electronically.

Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　BERGER LAW GROUP, PC

　　　　　　　　　　　　　By:　/s/:  Phillip D. Berger, Esq._____
　　　　　　　　　　　　　　　　PHILLIP D. BERGER, ESQUIRE
　　　　　　　　　　　　　　　　919 Conestoga Road, Building 3, STE 114
　　　　　　　　　　　　　　　　Rosemont, PA 19010
　　　　　　　　　　　　　　　　(610) 668-0800
　　　　　　　　　　　　　　　　PA ID #58942

Dated: January 9, 2023