UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKELAND BANK,<br>　　　　Plaintiff | ) | CIVIL NO. 4:22-CV-01076 |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| SUN-RE CHEESE CORP.,<br>　　　　Defendant | ) | |

# ORDER

On January 12, 2023, Plaintiff filed a Motion for Summary Judgement (Doc. 29) with a proposed order and thirteen (13) exhibits. There is no Table of Contents for the exhibits as required by Local Rule 5.1(f). There is no separate, short, concise Statement of Material Facts as required by Local Rule 56.1. The Brief in Support of the motion was not filed but must be filed within fourteen (14) days pursuant to Local Rule 7.5. Defendant's Brief in Opposition and response to the Statement of Material Facts will be due twenty-one (21) days after service of the Plaintiff's Brief and Statement of Material Facts pursuant to Local Rule 7.6.

Accordingly, IT IS HEREBY ORDERED that:

1) Plaintiff must file a Brief in Support and a separate Statement of Material Facts within fourteen (14) days or the Motion will be deemed withdrawn pursuant to Local Rule 7.5.

2) Plaintiff must file a Table of Contents as this Court's Local Rule 5.1 requires that "[i]n all instances where more than one exhibit is part of the same filing, there shall be a table of contents for the exhibits."

Plaintiff is directed to file the Table of Contents as follows in CM/ECF: In the CM/ECF Document filing system, under civil events, category "other filings," sub-category "other documents-includes social security transcript and brief events" choose the event SUPPLEMENT. Be certain to link the Supplement to your document (Document 29).

Date: January 13, 2023                    BY THE COURT

                                                    *s/William I. Arbuckle*
                                                   William I. Arbuckle
                                                   U.S. Magistrate Judge