# PLAINTIFF LAKELAND BANK'S
# POTENTIAL EXHIBIT LIST

Exhibit 1 – Equipment Finance Application signed by Nancy Aiello

Exhibit 2 – Conditional Sales Contract dated 7/1/2016, including the Acknowledgment and Acceptance of Equipment By Obligor with List of Equipment, and Exhibit B to Conditional Sales Contract – Addendum

Exhibit 3 -  Equipment Contract Guaranty signed by Nancy Aiello

Exhibit 4 – UCC Financing Statement Dated 7/8/16 at File Number 2016070800854

Exhibit 5 -  Pennsylvania Corporate Registration

Exhibit 6 – Payment History

Exhibit 7 – Demand Letter Sent By Plaintiff's Counsel to Defendant on 6/1/22

Exhibit 8 – Complaint

Exhibit 9 – Defendant's Answer

Exhibit 10 - Defendant's Admissions

Exhibit 11 – Defendant's Answers to Interrogatories

Exhibit 12 – Defendant's Response to Request for Production of Documents

Exhibit 13 – Stipulation of the Parties Dated 1/9/23 and made an Order of the Court

Exhibit 14 – Payoff dated 2/17/23 (with legal fees and costs as of 1/11/23)

Exhibit 15 – Invoice for Appraisal of Equipment dated 11/9/22

Exhibit 16 – Appraisal of Equipment dated 11/9/22

Exhibit 17 - Summary of Legal Fees and Costs Incurred as of 2/17/23