UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKELAND BANK, | ) | CIVIL NO. 4:22-CV-01076 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| SUN-RE CHEESE CORP., | ) | |
| Defendant | ) | |

**ORDER**

*(On Plaintiff's Motion for Declaratory Relief, Doc. 36)*

On January 17, 2023, Lakeland Bank ("Plaintiff") filed a Motion for Declaratory Relief. (Doc. 36). On February 17, 2023, a bench trial on this case was held. Later today the Court will issue a Memorandum Opinion and accompanying Order and Judgment. Based on that ruling Plaintiff's motion (Doc. 36) is now moot.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Declaratory Relief (Doc. 36) is deemed MOOT.

Date: February 21, 2023            BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge