IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKELAND BANK, | : | No. 4:22-CV-1076-WIA |
|     Plaintiff | : | Hon. William I. Arbuckle, III |
| | : | |
| v | : | |
| | : | |
| | : | |
| SUN-RE CHEESE CORP., | : | |
|     Defendant. | : | (Electronically Filed) |

**NOTICE OF APPEAL**

Notice is hereby given that SUN-RE CHEESE CORP., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order [Doc. 68] denying defendant's Rule 59 Motion entered in this matter on October 21, 2024.

DATE:  November 19, 2024

Respectfully submitted,

BEST LAW OFFICES LLC

_____
Timothy A. Bowers, PA77980
20 North Front Street
PO Box 88
Sunbury, PA 17801
570-850-0615
timbowers@timbowerslaw.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this 19th day of November 2024 served a true and correct copy of the foregoing Motion by filing the same with the Middle District CM/ECF system upon the following:

Philip Berger, Esquire
berger@bergerlawpc.com
Matthew Kaufmann, Esquire
Kaufmann@bergerlawpc.com
Berger Law Group, PC
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010
Counsel for Plaintiff

Dated: November 19, 2024

_____
Timothy A. Bowers, PA77980